```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEBRASKA

MARC W. ANTHONY II,            )
                               )
          Plaintiff,           )        7:06CV5009
                               )
     v.                        )
                               )
KIMBALL COUNTRY CLUB,          )        ORDER
A Nebraska Corporation,        )
                               )
          Defendant.           )
```

IT IS ORDERED:

Plaintiff's unopposed motion to alter dates, filing 24, is granted, and

1. The deposition deadline is extended to January 15, 2007.

2. The deadline for disclosure of expert witnesses is extended to December 11, 2006.

DATED this 20th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge