IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARC W. ANTHONY II, | ) | 7:06CV5009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| KIMBALL COUNTRY CLUB, | ) | |
| A Nebraska corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation and motion for dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear her or its own costs, expenses and attorneys' fees, complete record waived.

February 2, 2007                    BY THE COURT:

                                    *s/ Richard G. Kopf*
                                    United States District Judge